# Hill *v.* The State.

*Shooting Into Train.*

(Decided April 3, 1906.   40 So. Rep. 387.)

APPEAL from Anniston City Court.
Heard before Hon. THOMAS W. COLEMAN, JR.
MATTHEWS & MATTHEWS, for appellant.
MASSEY WILSON, Attornel General, for the State.
Reversed and remanded.
Opinion by ANDERSON, J.

HARALSON, DOWDELL and DENSON, JJ., concur.

---

# Bolton *v.* The State.

*Forgery.*

(Decided Feb. 8, 1906.   40 So. Rep. 409.)

APPEAL from Jefferson Criminal Court.
Heard before Hon. D. A. GREENE.
B. M. ALLEN, for appellant.
MASSEY WILSON, Attornel General, for the State.
Reversed and remanded.
Opinion by HARALSON, J.

DOWDELL, ANDERSON and DENSON, JJ., concur.

---

# Tishomingo Sav. Institution *v.* Johnson, Nesbitt & Co.

*Attachment.*

(Decided April 3, 1906.   40 So. Rep. 503.)

APPEAL from Morgan Circuit Court.
Heard before Hon. O. KYLE.
KIRK, CARMICHAEL & RATHER, for appellant.
E. W. GODBEY, for appellee.
Reversed and remanded.
Opinion by McCLELLAN, C. J.

TYSON, SIMPSON and ANDERSON, JJ., concur.